FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 06 2022 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

DIEGO PERECHU and CESAR DURAN, *individually and on behalf of all others similarly situated,*

Plaintiffs,

v.

FLAUM APPETIZING CORP. d/b/a FLAUM APPETIZING, MOSHE GRUNHUT and AVIRAM CHEN, *individually,*

Defendants.

---------------------------------------------------------------X

JUDGMENT
18-CV-1085-SJB

An Order of the Honorable Sanket J. Bulsara, United States Magistrate Judge, having been filed on April 8, 2022, granting the motion for settlement; and directing the Clerk of Court to enter final judgment consistent with this order and to close this case; it is

ORDERED and ADJUDGED that the motion for settlement is granted; that the FLSA settlement satisfies the requirements of Cheeks; that the NYLL class action settlement is fair, reasonable, and adequate, and satisfies the requirements of Rule 23(e); that Plaintiffs' counsel are entitled to a fee award of $160,947.93; that Plaintiffs' counsel are entitled to $4,875.80 for costs and expenses; that Diego Perechu is entitled to a service award of $10,000; that Cesar Duran is entitled to a service award of $7,500; and that Rust Consulting is entitled to a payment of $15,000 for fees and costs, and payment for additional fees incurred with a third distribution as indicated in the settlement agreement.

Dated: Brooklyn, New York
June 6, 2022

Brenna B. Mahoney
Clerk of Court

By: /s/Jalitza Poveda
Deputy Clerk