**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DIEGO PERECHU and CESAR DURAN, on behalf of themselves and others similarly situated

Plaintiffs,

-against-

FLAUM APPETIZING CORP. d/b/a FLAUM APPETIZING and MOSHE GRUNHUT and AVRAM CHEN,

Defendants.

Civil No.: 18-cv-01085-PKC-SJB

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on June 6, 2022, in favor of Diego Perechu and Cesar Duran (together "Plaintiff") and against Defendant Flaum Appetizing Corp., Moshe Grunhut and Avram Chen (collectively "Defendants"), in full and final settlement of Plaintiff's claims against Defendant arising out of, alleged in, or relating to the facts and transactions alleged in the Complaint in this action, in the amount one hundred sixty thousand, nine hundred and forty-three dollars and ninety three cents ($160,947.93) to Plaintiffs' counsel as a fee award, four thousand, eight hundred and seventy-five dollars ($4,875.80) to Plaintiffs' counsel for cost and expenses, ten thousand dollars ($10,000) to Diego Perechu for a service award, seven thousand, five hundred dollars ($7,500) to Cesar Duran for a service award, and fifteen thousand dollars ($15,000) to Rust Consulting for a third distribution [ECF Doc. No. 161], and said judgment having been fully paid, and certifying that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
November 9, 2026

Respectfully Submitted,

By: */s Jacob Aronauer*
Jacob Aronauer

The Law Offices of Jacob Aronauer
250 Broadway, Suite 600
New York, NY 10007
Jaronauer@aronauerlaw.com